Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94109
Tel: 415-212-9300
Fax: 415-373-9435

*Attorneys for Plaintiff and the Putative Class*

Paul B. La Scala (SBN 186939)
plascala@shb.com
Shook, Hardy, and Bacon LLP
5 Park Plaza, Suite 1600
Irvine, California 92614
Tel: 949-475-1500
Fax: 949-475-0016

*Attorney for Defendant*

[Additional counsel appear on signature page]

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RBB2, LLC, a California limited liability company, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CSC SERVICEWORKS, INC., a Delaware corporation,<br><br>*Defendant.* | Case No. 1:18-cv-00915-LJO-JLT<br><br>Hon. Lawrence J. O'Neill<br><br>Magistrate Judge Jennifer L. Thurston<br><br>**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES** |

Plaintiff RBB2, LLC ("Plaintiff") and Defendant CSC ServiceWorks, Inc. ("Defendant"), by and through their counsel, hereby jointly request that the Court enter an order continuing the scheduling conference and related deadlines. In support of this Motion, the parties state as follows:

1. This lawsuit was filed on July 6, 2018. (Dkt. 1.) On that same day, the Court entered an Order Setting Mandatory Scheduling Conference. (Dkt. 3.) Pursuant to the Order, the parties are to meet and confer regarding the scheduling report by September 11, 2018; file the joint scheduling report by September 24, 2018; request leave to appear telephonically to the scheduling conference by September 26, 2018; and attend the scheduling conference on October 1, 2018. (*Id.*)

2. Counsel for both parties have immovable conflicts with the schedule currently in place. Plaintiff's lead counsel will be travelling for another matter on October 1, and is unavailable to attend the scheduling conference. Defendant's lead counsel is currently preparing for and attending to pre-trial matters in advance of a three-week trial scheduled to start on October 9, 2018.

3. Given these conflicts, the parties jointly request a brief extension, such that the following deadlines are set: the parties shall meet and confer regarding the scheduling report by October 9, 2018; the parties shall file the joint scheduling report by October 22, 2018; the parties shall request leave to appear to the scheduling conference telephonically by October 24, 2018; and the parties shall attend the scheduling conference on October 29, 2018 at 8:30 AM.

4. The parties submit that this joint request is not being submitted for any improper purpose, and that good cause exists to grant the relief requested. This is the first time that any continuance has been requested.

**WHEREFORE**, the parties respectfully request that the Court enter an order (i) continuing the scheduling conference and related deadlines as set out

herein and (ii) granting such other relief as the Court deems reasonable and just.

                                      Respectfully submitted,

                                      **RBB2, LLC**, individually and on behalf of all others similarly situated,

Dated: September 11, 2018        By: /s/ Todd Logan
                                              One of Plaintiff's Attorneys

                                      Rafey S. Balabanian (SBN 315962)
                                      rbalabanian@edelson.com
                                      Todd Logan (SBN 305912)
                                      tlogan@edelson.com
                                      EDELSON PC
                                      123 Townsend Street, Suite 100
                                      San Francisco, California 94109
                                      Tel: 415-212-9300
                                      Fax: 415-373-9435

                                      Benjamin H. Richman*
                                      brichman@edelson.com
                                      EDELSON PC
                                      350 North LaSalle Street, 14th Floor
                                      Chicago, Illinois 60654
                                      Tel: 312-589-6370
                                      Fax: 312-589-6378

                                      **pro hac vice* application forthcoming*

                                      **CSC SERVICEWORKS, INC.**,

Dated: September 11, 2018        By: /s/ Paul B. La Scala (with permission)
                                              One of Defendant's Attorneys

                                      Paul B. La Scala (SBN 186939)
                                      plascala@shb.com
                                      Shook, Hardy, and Bacon LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5 Park Plaza, Suite 1600
Irvine, California 92614
Tel: 949-475-1500
Fax: 949-475-0016

Paul Williams*
pwilliams@shb.com
SHOOK, HARDY, AND BACON LLP
1660 17th Street, Suite 450
Denver, Colorado 80202
Tel: 308-285-5300
Fax: 308-285-5301

*pro hac vice application forthcoming

## **CERTIFICATE OF SERVICE**

I, Todd Logan, hereby certify that on September 11, 2018, I served the above and foregoing *Joint Motion to Continue Scheduling Conference and Related Deadlines*, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 11th day of September 2018.

/s/ Todd Logan