UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RBB2, LLC, a California limited liability company, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>  v.<br><br>CSC SERVICEWORKS, INC., a Delaware corporation,<br><br>    *Defendant.* | Case No. 1:18-cv-00915-LJO-JLT<br><br>Hon. Lawrence J. O'Neill<br><br>Magistrate Judge Jennifer L. Thurston<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES** |

This matter is before the Court on the parties' Joint Motion to Continue Scheduling Conference and Related Deadlines, (the "Motion," Dkt. ___). The Court, having considered the Motion, finds good cause in support thereof.

IT IS HEREBY ORDERED THAT:

1. The deadline for the parties to meet and confer regarding the scheduling report is continued to October 9, 2018;

2. The deadline for the parties to file the joint scheduling report is continued to October 22, 2018;

3. The deadline for the parties to request leave to appear to the scheduling conference telephonically is continued to October 24, 2018; and

4. The scheduling conference is continued to Monday, October 29, 2018 at 8:30 AM.

1  IT IS SO ORDERED.

2  Dated: _____         _____
3                                 Hon. Jennifer L. Thurston
                                  United States Magistrate Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING                    2
JNT. MOT. TO CONT. DEADLINES