# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RBB2, LLC, a California limited liability company, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CSC SERVICEWORKS, INC., a Delaware corporation,<br><br>*Defendant.* | Case No. 1:18-cv-00915-LJO-JLT<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES**<br><br>**(Doc. 5)** |

Good cause appearing, the Court **GRANTS** the request to continue the scheduling conference to October 29, 2018 at 8:15 a.m.

IT IS SO ORDERED.

Dated: **September 11, 2018**         **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE