**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RBB2, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>CSC SERVICEWORKS, INC.,<br><br>  Defendant. | Case No. 1:18-cv-00915-LJO-JLT<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE AND JOINT REQEUST TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE** |

Good cause appearing, the Court **GRANTS** the Parties' request to continue the scheduling conference to **December 17, 2018** at 8:15 a.m. and to appear telephonically at the scheduling conference. The parties SHALL file a joint scheduling report by December 10, 2018.

IT IS SO ORDERED.

Dated: **October 23, 2018**        **/s/ Jennifer L. Thurston**
                UNITED STATES MAGISTRATE JUDGE