# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RBB2, LLC, a California limited liability company, individually and on behalf of all others similarly situated**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CSC SERVICEWORKS, INC., a Delaware corporation**<br><br>**Defendant.** | **1:18-cv-00915-LJO-JLT**<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |

Good cause having been shown, the Court **GRANTS** the Parties' request to extend the briefing schedule for Defendant's Motion to Dismiss Plaintiff's Class Action Complaint, or, in the Alternative, to Strike Class Allegations (the "Motion to Dismiss"). Plaintiff's response to the Motion to Dismiss is due on December 21, 2018. Defendant's reply in support of the Motion to Dismiss is due on January 16, 2019. The hearing on the Motion to Dismiss is continued to January 29, 2019 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   __December 3, 2018__          _____/s/ Lawrence J. O'Neill_____
                                                          UNITED STATES CHIEF DISTRICT JUDGE