# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RBB2, LLC, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CSC SERVICEWORKS, INC.,<br><br>　　　　　　Defendants. | Case No.: 1:18-cv-00915- LJO JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 56) |

On October 23, 2019, the parties filed a stipulation indicating all parties agreed that the above-captioned action is dismissed in its entirety, without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). (Doc. 56 at 2) Pursuant to Rule 41, "the plaintiff may dismiss an action without a court order by … a stipulation of dismissal signed by all parties who have appeared." Fed.R.Civ.P. 41(a)(1)(A)(ii). Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

　Dated: __October 26, 2019__　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE